No. 11-6908. Charles David Williams, Petitioner v. Mike Martel, Warden, et al.

565 U.S. 1096, 132 S. Ct. 852, 181 L. Ed. 2d 556, 2011 U.S. LEXIS 8867.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 11-6922. Brian L. Brown, Petitioner v. Don Narvaiz.

565 U.S. 1096, 132 S. Ct. 853, 181 L. Ed. 2d 556, 2011 U.S. LEXIS 8881.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

No. 11-6925. Joyce R. Phillips, Petitioner v. Michael J. Astrue, Commissioner of Social Security.

565 U.S. 1096, 132 S. Ct. 853, 181 L. Ed. 2d 556, 2011 U.S. LEXIS 8914.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 422 Fed. Appx. 528.

No. 11-6933. Milton D. Plummer, Petitioner v. E. K. McDaniel, Warden, et al.

565 U.S. 1097, 132 S. Ct. 853, 181 L. Ed. 2d 556, 2011 U.S. LEXIS 8977.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 444 Fed. Appx. 177.

No. 11-6941. Jerry W. Shue, Petitioner v. D. K. Sisto, Warden.

565 U.S. 1097, 132 S. Ct. 853, 181 L. Ed. 2d 556, 2011 U.S. LEXIS 8885.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 444 Fed. Appx. 172.

No. 11-6943. Jacques Robidoux, Petitioner v. Joseph M. Murphy, Acting Superintendent, Old Colony Correctional Center.

565 U.S. 1097, 132 S. Ct. 866, 181 L. Ed. 2d 556, 2011 U.S. LEXIS 8883.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 643 F.3d 334.

No. 11-6945. Tony Miller, Petitioner v. Mitch Perry, Warden.

565 U.S. 1097, 132 S. Ct. 853, 181 L. Ed. 2d 556, 2011 U.S. LEXIS 8955.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 11-6946. Brian L. Brown, Petitioner v. Federal Bureau of Prisons, et al.

565 U.S. 1097, 132 S. Ct. 853, 181 L. Ed. 2d 556, 2011 U.S. LEXIS 8838.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.